UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

# FILED

2004 JUN -4  A 10: 00

U.S. DISTRICT COURT
HARTFORD, CT.

LARRY NELSON,                           :

          Petitioner,                   :

                                        :                    PRISONER
v.                                      :        Case No. 3:03cv946(RNC)

WARDEN DAVID STRANGE,                   :

          Respondent.                   :

ORDER

Larry Nelson, a Connecticut prisoner proceeding pro se,
brings this petition against Warden David Strange under 28 U.S.C.
§ 2254.  On May 21, 2004, the court dismissed the petition
because petitioner had failed to file an amended complaint within
the time allowed by the court.  It now appears that petitioner
filed an amended complaint, albeit tardily, on May 14, 2004.

The case is hereby reopened.  The defendant is ordered to
respond to the amended complaint by June 28, 2004.

So ordered.

Dated at Hartford, Connecticut this ____ day of June 2004.

_____
Robert N. Chatigny
United States District Judge