UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LARRY NELSON, | : | PRISONER |
| | : | CASE NO. 3:03CV946(RNC)(DFM) |
| *Petitioner* | : | |
| | : | |
| V. | : | |
| | : | |
| WARDEN DAVID STRANGE, | : | JULY 12, 2004 |
| *Respondent* | : | |

MOTION FOR ENLARGEMENT OF TIME
NUNC PRO TUNC
WITHIN WHICH TO COMPLY WITH
THE COURT'S SCHEDULING ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time, nunc pro tunc, to **July 16, 2004**,[1] to file a response to the Court's order directing the defendant to respond to the petitioner's amended petition by June 28, 2004. This is the respondent's first motion for an enlargement of time. At this time, the petitioner is appearing pro se in this matter and, therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion. The petitioner is incarcerated.

The grounds for this motion are:

1.  On June 17, 2004, I completed and mailed an objection to the petitioner's "Motion For Release Pending Final Disposition Of Habeas Corpus" in the matter of <u>Michael A. Young v. Warden David Strange</u>, Case No. 3:03CV1661(CFD)(TPS), U.S. District Court, District of Connecticut.

---

[1] The respondent's response to Court's order is being mailed today. While it probably will reach the Court by July 14, 2004, the respondent requests an enlargement of time to July 16, 2004 because there could be delays in the postal system.

2. On June 23, 2004, I finished preparing and mailed a motion to transfer a second or successive petition to the U.S. Court of Appeals for the Second Circuit in the matter of <u>Stanley Chance v. State of Connecticut, et al</u>., Case No. 3:04CV155(MRK), U.S. District Court, District of Connecticut.

3. On July 2, 2004, I mailed a response to the petitioner's motion for DNA testing in <u>Thomas Marra v. Remi Acosta</u>, Case No. 3:01CV368(AWT)(DFM), U.S. District Court, District of Connecticut.

4. On July 9, 2004, I filed a motion to dismiss and an accompanying memorandum of law in response to the Court's order to show case in the matter of <u>Eddie Bud Player v. Warden</u>, Case No. 3:03CV296(JCH)(HBF), U.S. District Court, District of Connecticut.

5. Today, I have completed and am mailing the respondent's response to the Court's order to show cause in the matter of <u>Frank Vandever v. Warden, MCI</u>, Case No. 3:04CV275(WWE)(HBF), U.S. District Court, District of Connecticut.

6. Finally, I also am in the process of preparing a response to a show cause order in the matter of <u>Errol I. Dunkley v. Theresa Lantz, Commissioner of Correction</u>, Case No. 3:03CV1913(WWE)(HBF), U.S. District Court, District of Connecticut

7. Due to these and other considerations, the respondent hereby moves this court for a enlargement of time to **July 16, 2004**, to file its response in the above-captioned matter.

Respectfully submitted,

RESPONDENT-WARDEN DAVID STRANGE

By: _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
E-mail: JoAnne.Sulik@po.state.ct.us
Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this motion was mailed to Larry Nelson, Inmate #77725, Carl Robinson Correctional Institution, 285 Shaker Road, P.O. Box 1400, Enfield, Connecticut 06083-1400, on July 12, 2004.

_____
JO ANNE SULIK
Assistant State's Attorney