UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 DEC 10 A 9 08

U.S. DISTRICT COURT
HARTFORD, CT.

LARRY NELSON                    :

     v.                    :                    PRISONER
                            Case No. 3:03CV946(RNC) (DFM)

DAVID STRANGE                    :


## RULING AND ORDER

Respondent seeks an extension of time until July 16, 2004, to file a response to the court's order to show cause.  The Motion [**doc. # 14**] is GRANTED nunc pro tunc.

**SO ORDERED** this 9th day of December, 2004, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE