UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY NELSON, | : |
| Petitioner, | : |
| v. | : CASE NO. 3:03-CV-946(RNC) |
| DAVID STRANGE, | : |
| Respondent. | : |

<u>JUDGMENT</u>

This action was commenced by the petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and was assigned to the Honorable Robert N. Chatigny, United States District Judge.

The Court having considered the full record of the case, including all applicable principles of law, and having filed its Ruling and Order denying the petition; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered denying the petition for a writ of habeas corpus.

Dated at Hartford, Connecticut, this 2nd day of October, 2007.

                                          ROBERTA D. TABORA, Clerk

                                  By    /s/_____
                                                Jo-Ann Walker
                                                Deputy Clerk